UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

---

MOTORS INSURANCE CORPORATION,

    Plaintiff,

    v

UNITED STATES,

    Defendant.

Case No. 2:11-cv-10875

Hon. Avern Cohn

Magistrate Judge
Michael J. Hluchaniuk

---

**STIPULATION TO EXTEND TIME FOR FILING RESPONSE AND REPLY
TO DEFENDANT UNITED STATES' MOTION TO DISMISS**

Defendant United States filed its motion to dismiss on May 9, 2011 (Dkt. # 9). Under LR 7.1(e)(1), plaintiff's response would be due by May 31, 2011 and defendant's reply by June 14, 2011.

The parties have stipulated to an extension under which plaintiff's response would be due by June 6, 2011 and defendant's reply by June 22, 2011.

A proposed order is attached.

| | |
|---|---|
| Foster, Swift, Collins & Smith, P.C.<br>Attorneys for Plaintiff | BARBARA L. McQUADE<br>United States Attorney<br>Attorneys for Defendant |
| By: s/ Richard C. Kraus<br>Richard C. Kraus (P27553)<br>Joshua K. Richardson (P71117)<br>313 S. Washington Square<br>Lansing, MI  48933<br>517-371-8104<br>rkraus@fosterswift.com | By: s/ Andrew J. Lievense (with consent)<br>Andrew J. Lievense (P68925)<br>Assistant U.S. Attorney<br>211 W. Fort St., Ste. 2001<br>Detroit, MI 48226<br>(313)226-9665<br>Andrew.Lievense@usdoj.gov |
| May 24, 2011 | May 24, 2011 |
| | United States Department of Justice<br>Civil Division, Torts Branch<br>Attorneys for Defendant |
| | By: s/ Jamie L. Hoxie (with consent)<br>P.O. Box 888<br>Ben Franklin Station<br>Washington, DC 20044<br>202-616-1679<br>Email: jamie.l.hoxie@usdoj.gov |
| | May 24, 2011 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MOTORS INSURANCE CORPORATION,

    Plaintiff,

v

UNITED STATES,

    Defendant.

Case No. 2:11-cv-10875

Hon. Avern Cohn

Magistrate Judge
Michael J. Hluchaniuk

**ORDER**

The parties have stipulated to an extension of time for filing plaintiff's response and defendant's reply regarding the motion to dismiss filed on May 9, 2011. (Dkt # 9)  This Court being advised in the premises,

IT IS ORDERED that plaintiff's response to the motion to dismiss shall be filed on or before June 6, 2011.

IT IS ORDERED that defendant's reply brief in support of the motion to dismiss shall be filed on or before June 22, 2011.

_____
HON. AVERN COHN
UNITED STATES DISTRICT JUDGE