UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MOTORS INSURANCE CORPORATION,

    Plaintiff,

v

UNITED STATES,

    Defendant.

Case No. 2:11-cv-10875

Hon. Avern Cohn

Magistrate Judge
Michael J. Hluchaniuk

## ORDER

The parties have stipulated to an extension of time for filing plaintiff's response and defendant's reply regarding the motion to dismiss filed on May 9, 2011. (Dkt # 9) This Court being advised in the premises,

IT IS ORDERED that plaintiff's response to the motion to dismiss shall be filed on or before June 6, 2011.

IT IS ORDERED that defendant's reply brief in support of the motion to dismiss shall be filed on or before June 22, 2011.

Dated: May 24, 2011

s/Avern Cohn
HON. AVERN COHN
UNITED STATES DISTRICT JUDGE